Rel: November 21, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0504

Steven Mark Hayden v. Western Steel, Inc. (Appeal from Elmore Circuit Court: CV-23-900270).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Sellers, Mendheim, McCool, and Parker, JJ., concur.

Wise, Bryan, and Cook, JJ., recuse themselves.